**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Esteban Juarez, III,<br><br>    Petitioner,<br><br>v.<br><br>Warden D. Colbert,<br><br>    Respondent. | No. CV-21-00096-TUC-BGM<br><br>**ORDER *SUA SPONTE* TRANSFERRING CAUSE TO THE NORTHERN DISTRICT OF FLORIDA, MARIANNA DIVISION** |

Currently pending before the Court is Petitioner Esteban Juarez III's ("Petitioner") *pro se* Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody ("Petition") (Doc. 1) filed with a Memorandum in support of the Petition (Doc. 2). Respondents have filed a Return and Answer to Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Answer") (Doc. 22).[1] The Petition is ripe for adjudication.

Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

**BACKGROUND**

At the time Petitioner filed his Petition (Doc. 1), Petitioner was an inmate incarcerated at the United States Penitentiary in Tucson, Arizona ("USP–Tucson"), however, he originally filed his Petition with the United States District Court for the Western District of Texas. *See* Petition (Doc. 1). United States District Court Judge David

---

[1] On June 24, 2021, the Court entered its Order indicating that it would "construe the motion to dismiss as argument within the Answer, not a separate motion." Order (Doc. 16).

Counts issued an Order *Sua Sponte* Transferring Cause to the District of Arizona. *See* Order (Doc. 4).

It is well-established that a petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, must be filed in the district where the prisoner is incarcerated. *Hooker v. Sivley*, 187 F.3d 680, 682 (5th Cir. 1999).

Currently, Petitioner is incarcerated at FCI Marianna in the Northern District of Florida. *See* Fed. Bureau of Prisons ("BOP") Inmate Locator, https://www.bop.gov/inmateloc/ (last visited January 27, 2023). The FCI Marianna is in Marianna, Florida, in the United States District Court for Northern District of Florida. As Petitioner is incarcerated within the Marianna Division, and not in the District of Arizona, this Court finds it is proper to transfer this case to the United States District Court for the Northern District of Florida, for further proceedings.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's Application for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is **TRANSFERRED** to the United States District Court for the Northern District of Florida, Marianna Division.

IT IS SO ORDERED.

DATED this 27th day of January, 2023.

Honorable Bruce G. Macdonald
United States Magistrate Judge